IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GEORGE E. LEVELS,**

**Plaintiff,**

**v.**

**CANNONBALL EXPRESS, INC., d/b/a
CANNONBALL EXPRESS
TRANSPORTATION et al.,**

**Defendants.**                                                  **No. 05-CV-914-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion to withdraw as counsel submitted by Plaintiff George Levels's ("Plaintiff') attorneys-of-record Matthew Chapman and Gregory Becker. (Doc. 12.) The Court **GRANTS** this motion. (Doc. 12.) Further, the Court **ORDERS** Plaintiff to advise the Court of his new counsel or his intent to proceed without counsel on or before August 1, 2006.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/         David  RHerndon
**United States District Judge**