IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE E. LEVELS,

**Plaintiff,**

LIBERTY MUTUAL,

**Plaintiff-Intervenor,**

v.

CANNONBALL EXPRESS, INC., d/b/a
CANNONBALL EXPRESS
TRANSPORTATION et al.,

**Defendants.**                                                    No. 05-CV-914-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's Motion for an Extension of Time to Obtain an Attorney. (Doc. 16.) The Court being fully advised in the premises, hereby **GRANTS** Plaintiff's Motion. (Doc. 16.) Further, the Court **ORDERS** that Plaintiff has until October 20, 2006 to advise the Court of his new counsel **or** his intent to proceed without counsel. If Plaintiff fails to inform the Court of his intentions by October 20, 2006, the Court will dismiss Plaintiff's action for failure to prosecute.

**NOTE: the Plaintiff must take one action or the other by the deadline of October 20th to avoid dismissal of this case.** The Court **DIRECTS** the Clerk's office to mail this order and all other documents received prior to October 20, 2006 to Plaintiff at his home address at 833 North 31st Street, East St. Louis, IL 62205.

**IT IS SO ORDERED.**

Signed this 20th day of September, 2006.

/s/     David  RHerndon
**United States District Judge**