IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GEORGE E. LEVELS, et al.**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No. **05-914-DRH** |
| | ) | |
| **CANNONBALL EXPRESS, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **SYLVIA DEVESE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **06-524-WDS** |
| | ) | |
| **JACK COOPER TRANSPORT, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

At the request of the parties, on September 7, 2007, a summary jury trial was conducted in the above-captioned two related cases. It was agreed that the parties would bear the cost of the jurors. The attendance fee for the ten jurors was $400.00; the mileage fee totaled $203.71; and lunch cost $70.85 – for a total cost of $674.56. The Court considers all parties in both cases to be jointly responsible for payment, but will leave it to the parties to agree on the appropriate apportionment. Payment should be made to the Clerk of Court, U.S. District Court, with reference to the two cases and this order.

**IT IS THEREFORE ORDERED** that the parties in the above two actions shall jointly

reimburse the Court a total of **$674.56** for the costs associated with the September 7, 2007,

summary jury trial.  Payment is due to the Clerk of Court on or before **October 15, 2007**.

**DATED: September 14, 2007**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

2