UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE E. LEVELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| LIBERTY MUTUAL, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| vs. | ) | No.: 05-914 DRH |
| | ) | |
| CANNONBALL EXPRESS | ) | |
| TRANSPORTATION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JACK COOPER TRANSPORT CO., INC., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 06-306 DRH |
| | ) | |
| CANNONBALL EXPRESS | ) | |
| TRANSPORTATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SYLVIA DEVESE, as Personal Representative and Administrator of the Estate of STEPHEN O'BRYANT, deceased, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 06-524 DRH |
| | ) | |
| JACK COOPER TRANSPORT CO., | ) | |

| | |
|---|---|
| INC., and GEORGE E. LEVELS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This cause coming before the Court on the Motion of plaintiff Sylvia Devese, as the Personal Representative and Administrator of the Estate of O'Bryant's to Approve Wrongful Death Settlement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that said Motion is granted. The Court having been advised that plaintiff Devese and defendants Jack Cooper Transport and George Levels have reached a settlement in the amount of $600,000. Said settlement is hereby approved. The settlement proceeds are to be apportioned as follows: (1) $240,000 for Attorneys' Fees (shared equally between the firms of Walentine, O'Toole, McQuillan & Gordon and Brown & James, P.C.); (2) $1,159.54 for Funeral Expenses payable to John A. Gentlemen Mortuaries; (3) $8,840.46 for Probate Fees/Costs Advanced by Walentine, O'Toole; and (4) $350,000 Net Settlement proceeds to Cozetta Simms and Jeremy Williams (Distribution to be approved by Probate Court of the County Court of Douglas County, Nebraska).

It is further ordered that plaintiff's Complaint against defendants Jack Cooper Transport and George Levels is dismissed in its entirety with prejudice, with each party to bear his/her/its own costs.  Clerk to close consolidated file.

/s/      DavidRHerndon

**Chief Judge**
**United States District Court**

DATE:   December 20, 2007_____