UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE E. LEVELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| LIBERTY MUTUAL, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| vs. | ) | No.: 05-914 DRH |
| | ) | |
| CANNONBALL EXPRESS TRANSPORTATION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JACK COOPER TRANSPORT CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 06-306 DRH |
| | ) | |
| CANNONBALL EXPRESS TRANSPORTATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SYLVIA DEVESE, as Personal Representative and Administrator of the Estate of STEPHEN O'BRYANT, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 06-524 DRH |

|                                   | ) |
| --------------------------------- | - |
| JACK COOPER TRANSPORT CO.,        | ) |
| INC., and GEORGE E. LEVELS,       | ) |
|                                   | ) |
| Defendant.                        | ) |

**O R D E R**

This cause coming before the Court on the properly executed Stipulation for Dismissal and the Court being fully advised in the premises;

It is hereby ordered that plaintiffs' Complaints against Cannonball Express Transportation LLC, Jack Cooper Transport Co., Inc. and George E. Levels, are dismissed with prejudice, each party to bear its own costs. All counterclaims and the complaint to intervene are also dismissed with prejudice, with each party to pay their own costs.

/s/     DavidRHerndon
CHIEF JUDGE
United States District Court

DATE: January 8, 2008