**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**GEORGE E. LEVELS,**

    Plaintiff,

**LIBERTY MUTUAL,**

    Plaintiff-Intervenor,

vs.                                                    **Cause No. 05-CV-914 DRH**

**CANNONBALL EXPRESS
TRANSPORTATION, LLC,**

    Defendant.

---

**JACK COOPER TRANSPORT CO.,
INC.,**

    Plaintiff,

vs.                                                    **Cause No. 06-CV-306 DRH**

**CANNONBALL EXPRESS
TRANSPORTATION, LLC,**

    Defendant.

---

**SYLVIA DEVESE, as Personal
Representative and Administrator
of the Estate of STEPHEN O'BRYANT,
deceased,**

    Plaintiff,

vs.                                                    **Cause No. 06-CV-524 DRH**

**JACK COOPER TRANSPORT CO., INC., and GEORGE E. LEVELS,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that all of plaintiffs' claims shall be **DISMISSED with prejudice** against defendants Cannonball Express Transportation, LLC, Jack Cooper Transport Co., and George Levels, with each party to bear their own costs. All counterclaims and the complaint to intervene are also dismissed with prejudice, with each party to pay their own costs.------

                                         **NORBERT G. JAWORSKI, CLERK**

January 9, 2008                              By:   s/Patricia Brown
                                                                  Deputy Clerk

APPROVED:  /s/   DavidRHerndon
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**